

FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0113

ROBERT L. ALLUM,

        Petitioner and Appellant,

v.

MONTANA STATE FUND,

        Respondent and Appellee.

**FILED**

JUL 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
**O R D E R** State of Montana

Petitioner and Appellant Robert L. Allum (Allum) filed a petition for rehearing of this Court's June 16, 2020 Memorandum Opinion rejecting Allum's argument on the constitutionality of the Workers' Compensation Court, as that issue was raised for the first time on appeal. *Allum v. Mont. State Fund*, 2020 MT 159N.

This Court seldom grants petitions for rehearing. M. R. App. P. 20(1)(a) provides that this Court will consider a petition for rehearing only upon the following grounds: that the Court overlooked some fact material to the decision; that the Court overlooked some question presented by counsel that would have proven decisive to the case; or that the Court's decision conflicts with a statute or controlling decision not addressed by the Court.

Having fully considered Allum's petition, the Court concludes that rehearing is not warranted under M. R. App. P. 20. The Court did not overlook material facts or issues raised by the parties or fail to address a controlling statute or decision that conflicts with the Memorandum Opinion, *Allum v. Mont. State Fund*, 2020 MT 159N.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this 21st day of July, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2